

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00444-CR

| | | |
|---|---|---|
| BRIAN ALTON PIPPIN, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR22-1097) |
| v. | § | July 24, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's bill of costs. We modify the bill of costs to (1) delete the $500 fine; (2) delete the $15 time-payment fee without prejudice to future assessment; and (3) include a statement that the assessed costs and fees are not payable by Brian Alton Pippin until his release from confinement, in accordance with the language in the trial court's judgment. It is ordered that, subject to these modifications to the bill of costs, the judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell